FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2014

No. 04-14-00047-CR

**IN RE** Michael **MCCRUM**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice

On January 17, 2014, relator filed a petition for writs of mandamus and prohibition. Relator then filed a supplemental petition and motion for emergency stay on January 21, 2014. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writs of mandamus and prohibition in this court no later than January 28, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency stay is GRANTED. Further proceedings in Cause Nos. 2011-CR-11074 and 2011-CR-11075 concerning the State's motion for contempt and hearing on the court's order to show cause are temporarily stayed pending final resolution of the petition filed in this court.

It is so **ORDERED** on January 21st, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011CR11074; 2011CR11075, styled *The State of Texas v. Taylor Rosenbusch*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Dick Alcala presiding.